PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 7 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

U.S.A. vs. THEODORE ARTHUR LARSON          Docket No. 3:12-CR-0061-LRH-WGC

Petition for Action on Conditions of Pretrial Release

COMES NOW JENNIFER SIMONE, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant THEODORE ARTHUR LARSON, who was placed under pretrial release supervision by the Honorable WILLIAM G. COBB, in the Court at Reno, on August 21, 2012, on a personal recognizance bond, with the following conditions:

1. Pretrial Services Supervision;
2. Robin Williams, the defendant's fiance's daughter, shall act as third party custodian to the defendant;
3. Maintain residence as approved by Pretrial Services, and do not move without Pretrial Services approval;
4. Travel restricted to Nevada and Oklahoma, or as approved by Pretrial Services;
5. Have no contact with anyone under the age of 18 unless in the presence of another adult;
6. Comply with all registration requirements as designated by the state which the defendant resides in.

Respectfully presenting petition for action of Court and for cause as follows:

1. Based on sex offender registration laws in Oklahoma, Mr. Larson is unable to reside at the home of his third party custodian.

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND IS MODIFIED, ADDING THE FOLLOWING CONDITION: The defendant shall maintain a residence at the Carver Center in the Western District of Oklahoma as deemed necessary by Pretrial Services. The defendant shall also comply with all rules of the Carver Center.

ORDER OF COURT

Considered and ordered this 27th day of August, 2012, and ordered filed and made a part of the records in the above case.

_____
Honorable William G. Cobb
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 24th day of August, 2012.

Respectfully Submitted,

_____
Jennifer Simone
United States Pretrial Services Officer

Place: Reno, NV