**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>THEODORE ARTHUR LARSON,<br>  Defendant. | Case No. 3:12-cr-00061-LRH-WGC |

<u>ORDER</u>

Based on Government's Motion to Dismiss the indictment, the defendant having passed away on November 2, 2012, there is good cause appearing, therefore,

IT IS SO ORDERED that the indictment in the above entitled action is DISMISSED.

DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE